**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN THE MATTER OF | CIVIL ACTION |
| CYNTHIA C. GRAMBERG | NO. 23-532-BAJ-RLB |

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on September 28, 2023.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF                                                                CIVIL ACTION

CYNTHIA C. GRAMBERG                                                  NO. 23-532-BAJ-RLB

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This civil matter was opened on July 7, 2023 upon the receipt of a several "Notices" submitted by the Plaintiff. (R. Doc. 1). The notices begin with the assertion that "Human legal personhood and birth, marriage, and adoption certificates are unlawful and illegal." The notice continues with a single spaced diatribe that alleges, among other things, that these "are all basically slavery certificates that make human beings property of one another, these certificates are used to transform humans into a legal entity that is property of the state, a "birth certificate is a disguised property transfer instrument," and that birth certificates are also "charitable contracts" intended to "deceive biological parents."

The remaining notices contain various "legal" observations that are somewhat consistent with the sovereign citizen movement that challenges the authority of the government over the citizens. Plaintiff asserts that these "private contracts . . . are all basically slavery" and "must be voided and annulled ab initio." Plaintiff also suggests that any government regulation of abortion is also the equivalent of slavery. Plaintiff demands that the Unites States Supreme Court and District Courts rule on this in the common law. Plaintiff does not, however, name any particular defendant (either individual or entity) upon whom this ruling should pertain. The notices submitted by the plaintiff do not identify any specific defendants or set forth any specific case or controversy.

To address these deficiencies, Plaintiff was ordered to submit the required filing fee[1] and also submit a Complaint, identify the specific defendant(s) to be sued, the basis for the lawsuit against each defendant, and also request that summons be issued. Plaintiff was warned that "FAILURE TO AMEND THE PLEADINGS OR PROVIDE THE REQUESTED INFORMATION OR FORMS AS INDICATED WILL RESULT IN THE DISMISSAL OF YOUR SUIT BY THE COURT WITHOUT FURTHER NOTICE." (R. Doc. 3) (emphasis in original). These remedial steps were required to be done on or before September 13, 2023. As of the date of this Report and Recommendation, nothing has been submitted to the Court.

## RECOMMENDATION

Based on the foregoing, **IT IS RECOMMENDED** that this matter be dismissed without prejudice for failure to pay the filing fee and failure to state a claim.

Signed in Baton Rouge, Louisiana, on September 28, 2023.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiff was provided specific instructions on how to do so, and was also advised that she could request to proceed as a pauper.