UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN THE MATTER OF

CYNTHIA C. GRAMBERG

CIVIL ACTION

NO. 23-00532-BAJ-RLB

### RULING AND ORDER

Before the Court are notices filed by the Plaintiff that seek this Court's rulings on several issues, but which do not name a defendant or set forth any specific case or controversy. (*See* Doc. 1). To address these deficiencies, on September 13, 2023, Plaintiff was ordered to submit the required filing fee if appropriate and a complaint identifying the specific defendant(s) to be sued, the basis for the lawsuit against each defendant, and a request that summons be issued. (*See* Doc. 2 at 1). Because Plaintiff failed to do so, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 3, the "Report")** recommending that this matter be dismissed without prejudice for failure to pay the filing fee and failure to state a claim. Plaintiff's deadline to object to the Report has passed without any objection from Plaintiff.

Having carefully considered Plaintiff's filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 25th day of October, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA